StateFarm

# Authorization to Repair
## (To be signed prior to beginning services/repairs)

Insured James Ruppel Claim Number 06-6399-k87

TO: State Farm Fire and Casualty Company

I have agreed to use the State Farm Premier Service® Program. I understand the use of this program is voluntary and I have been offered the opportunity to choose any independent contractor and/or independent service provider(s) participating in the State Farm Premier Service Program. I also understand they are independent contractors and/or independent service providers hired by me and not by the State Farm Insurance Companies. I understand State Farm® is paying for the repairs to the property damage covered under my policy, subject to the deductible and the policy's terms and conditions, and that State Farm is not exercising its option under the insurance contract to repair or replace any part of the property damaged.

I have selected and authorize SERVPRO of North Central Colorado Springs to perform repairs as indicated on their estimate due to loss on 10/31, 2018. I understand my deductible is payable to the authorized independent contractor and/or independent service provider(s).

I agree to pay my independent contractor and/or independent service provider(s) for any repairs, or additional improvements made at my direction, that are not covered under my policy.

**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the department of regulatory agencies.**

11 01, 2018 (Date) (Year) [signature] (Insured Signature)

To be completed by the contractor

Repair Start Date: 11 / 1 / 18 Time 6 : 00 ⊙ A.M. ⊗ P.M.

Estimated Completion Date: 12 / 24 / 18

***State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.***